THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ALFRED JACKSON, Defendant-Appellant.

(No. 61066; ▮▮▮▮▮▮▮▮▮

First District (5th Division)—April 25, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Donald Paull and Ronald P. Alwin, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.